ceeding that in which he shall take possession as receiver, do file with the clerk of said county, an account, entitled in this suit, and under oath, of the moneys, earnings and income received by him, and of the disposition made of the same, during the month in which he took such possession ; and that at the end of each succeeding month, he do file a like account for the month next succeeding that covered by the last account.

And it is further ordered, that said bond be conditioned for the faithful performance of the duty of said receiver as well as special receiver; and that said special receiver keep books of account of his money, property and transactions separately, in his capacity as special receiver and receiver.

At a special term of the supreme court of the state of New York, held at Delhi, in the county of Delaware, on the 23d day of November, 1869.

*Present.*—Hon. WILLIAM MURRAY, JR., *Justice.*

## SUPREME COURT, COUNTY OF DELAWARE.

JOSEPH H. RAMSEY,
                    *Plaintiff,*
          against
JAY GOULD, JAMES FISK, Junior, FREDERICK A. LANE, ABRAM GOULD, M. R. SIMONS, GEORGE C. HALL, HENRY N. SMITH, CHARLES G. SISSON, HENRY H. MARTIN JAMES B. BACH and THE ERIE RAILWAY COMPANY,
                    *Defendants.*

A motion having been made on the complaint herein, and on the affidavits of Joseph H. Ramsey, Charles W. Douglas, Jackson S. Schultz and Ossian D. Ashley, for the sus-

pension severally of Jay Gould, James Fisk, Jr., Frederick A. Lane, Abram Gould, M. R. Simons, George C. Hall, Henry N. Smith, and Charles G. Sisson, as directors of the Erie Railway Company, and for the suspension of each of said persons as officers of said company, by reason of gross misconduct and abuse of their respective trusts and offices ; and good cause having been shown to the court for so doing, and on motion of Mr. Henry Smith on behalf of the plaintiff it is ordered, that said several last named persons, viz : Jay Gould, James Fisk, Jr., Frederick A. Lane, Abram Gould, M. R. Simons, George C. Hall, Henry N. Smith and Charles G. Sisson, be, and they are, and each of them is hereby suspended, both as directors and as officers of the Erie Railway Company, and that each and all the last named persons, directors and officers of the Erie Railway Company, and that each and all the last named persons, directors and officers, have and exercise no right, privilege or authority in respect to said company, or its franchises, rights or property, in any capacity whatever, till further order of this court in this case.

*Secondly.*—And it further appearing to the court that before the further or final exercise of its authority in respect to the suspension and removal of the directors and officers of the Erie Railway Company this day suspended, it will be necessary for the court to have before it the facts and proof that either party may desire to present upon the questions of fact that are raised by the affidavits herein referred to, and in reference to such suspension or removal : It is ordered that Philo T. Ruggles, Esq., counsellor at law, of the city of New York, be, and he is hereby, appointed a referee, with authority and direction to take the evidence upon said questions, and the proofs that the respective parties may offer relative thereto, and to the further exercise of the powers of this court in reference to any such suspensions or removal, and report the same with all convenient dispatch to this court.

And it is further ordered, that such evidence and proofs be taken at such times and places, and from time to time, as said referee may direct, and that on his summons, or as may be required by subpœna, the respective parties defendants, and other persons not parties hereto, to whom any such subpœna or summons may be directed, do, pursuant thereto, attend before such referee, and submit to an examination, before him touching all the matters to which this reference relates, and as such referee shall direct.

At a special term of the supreme court, held at the village of Delhi, in the county of Delaware, on the 23d day of November, 1869.

*Present.*—Hon. WILLIAM MURRAY, JR., *Justice.*

SUPREME COURT, COUNTY OF DELAWARE.

JOSEPH H. RAMSEY,
*Plaintiff,*

*against*

JAY GOULD, JAMES FISK, Junior, FREDERICK A. LANE, ABRAM GOULD, M. R. SIMONS, GEORGE C. HALL, HENRY N. SMITH, CHARLES G. SISSON, HENRY H. MARTIN, JAMES B. BACH, and THE ERIE RAILWAY COMPANY,
*Defendants.*

On reading and filing the complaint herein, and the affidavits of Joseph H. Ramsey, Charles W. Douglas, Jackson S. Schultz and Ossian D. Ashley, and on motion of Mr. Henry Smith, on behalf of plaintiff, and it appearing to the court that there is good cause for so doing, it is ordered, and the several defendants (and all other persons to whom this order relates) are severally enjoined and restrained (till this court shall otherwise order,) as follows: